UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIKE KASTRATI,

                      Plaintiff,                        21 Civ. 481 (LGS)

         -against-                            ORDER

M.E.G. RESTAURANT ENTERPRISES LTD. et al.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties have filed letters regarding Defendants' proposed motion for judgment on the pleadings on Plaintiff's claim for judicial dissolution of M.E.G. Restaurant Enterprises Ltd. d/b/a Novita Restaurant. Accordingly, it is hereby

    **ORDERED** that by **May 3, 2021**, Defendants shall file their motion. By **May 24, 2021**, Plaintiff shall file any opposition. By **May 31, 2021**, Defendants shall file any reply. All submissions shall be per the Individual Rules.

Dated: April 12, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE