# BOYD | RICHARDS

August 30, 2021

(*Via ECF*)
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> By **September 6, 2021**, Defendants shall submit a supplemental letter apprising the Court of (i) the number of documents produced by each party, (ii) the number of responsive documents currently in the possession of each party that have not been produced, (iii) the names and roles of any witnesses to be deposed and (iv) any interim discovery deadlines the parties have set, such as deadlines for interrogatories or requests to admit, and the status of the parties' compliance with those deadlines.
>
> Dated: August 31, 2021
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *Kastrati v. M.E.G. Restaurant Enterprises Ltd., et al.*,
      Case No.: 21-cv-00481(LGS)

Dear Judge Schofield:

We represent the Defendants, M.E.G. Restaurant Enterprises Ltd. d/b/a Novita Restaurant ("Novita"), Marco Fregonese, and Elizabeth Yoshida (the "Defendants"), in the above-referenced action. We write regarding the current discovery deadlines and to request a stay.

I am one of four partners in the New York office which consists of nine attorneys in total. Several weeks ago, one of my partners went on maternity leave and is expected to be out for at least two months. Last week, another partner had a major surgery and is recovering in the hospital. He is expected to be on medical leave for at least three more weeks. Today, I was informed that another partner's wife tested positive for COVID-19, and while that partner's health remains uncertain, he will be out for an extended period to take care of their three young children.

Combining the above with my observance of the Jewish holidays, our office faces significant challenges in meeting the Court's discovery deadline of September 17, 2021. We write, with Plaintiff's counsel's consent, to respectfully request that discovery be stayed until further notice, and we will provide the Court with a status within three weeks. In the interim, we request that the Court permit the parties to proceed with the Court-Ordered mediation.

We acknowledge that the parties have previously made two joint requests for an extension of the discovery deadlines; however, this is the Defendants' first, sole request for a stay of all discovery deadlines. No other deadlines are affected by this request.

**BOYD RICHARDS**

| MIAMI | FT. LAUDERDALE | TAMPA | WEST PALM BEACH | NEW YORK |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

We thank the Court for its consideration of this matter.

Respectfully,

*Gary Ehrlich*
Gary Ehrlich

cc: All Counsel (*via ECF*)

**BOYD RICHARDS**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 1500 Broadway, Suite 505 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |