UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIKE KASTRATI,

                            Plaintiff,

            -against-

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                         Defendants.
------------------------------------------------------------X

21 Civ. 481 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated September 1, 2021 (Dkt. No. 56), required the parties to file a status letter on September 22, 2021, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter.  It is hereby

    **ORDERED** that, by **September 27, 2021**, the parties shall file the status letter.

Dated: September 23, 2021
       New York, New York

                                                                              LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE