UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MIKE KASTRATI, :
                    Plaintiff, :
: 21 Civ. 481 (LGS)
      -against- :
: <u>ORDER</u>
M.E.G. RESTAURANT ENTERPRISES LTD., et :
al., :
                  Defendants. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for November 18, 2021, at 10:50 a.m. for any anticipated dispositive motions (Dkt. No. 70);

      WHEREAS, the deadline to complete fact discovery has been extended to December 30, 2021 (Dkt. No. 76).  It is hereby

      **ORDERED** that the November 18, 2021, conference is **ADJOURNED** sine die.

Dated: October 27, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**