USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MIKE KASTRATI,

                    Plaintiff,

        -against-

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                    Defendants.
----------------------------------------------------------------X

21-CV-481 (LGS) (KHP)

**CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Case Management Conference in this matter scheduled for **Thursday, January 6, 2022, at 12:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

.

                    SO ORDERED.

DATED:    New York, New York
               December 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge