USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIKE KASTRATI,

                                        Plaintiff,

                    -against-

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                                        Defendants.
-----------------------------------------------------------------X

21-CV-481 (LGS) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, February 17, 2022 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 10, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               January 6, 2022

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge