```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIKE KASTRATI,

                              Plaintiff,                                  21-CV-481 (LGS) (KHP)

            -against-                                             **ORDER**

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As fact discovery is set to close on March 16, 2022 (ECF No. 87), the parties are hereby ordered to provide a joint status letter via ECF by March 31, 2022.

                  **SO ORDERED.**

DATED:      New York, New York
                    February 28, 2022

                                                                         _____
                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge