USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIKE KASTRATI,

                          Plaintiff,

        -against-

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                         Defendants.
-----------------------------------------------------------------X

**21-CV-481 (LGS) (KHP)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The settlement conference in this matter scheduled for Tuesday, April 26, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Is hereby rescheduled to **Tuesday, June 28, 2022 at 10:00 a.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 21, 2022 by 5:00 p.m.**

        **SO ORDERED.**

DATED:    New York, New York
               April 26, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge