```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKE KASTRATI,

                        Plaintiff,                    21-CV-481 (LGS) (KHP)

           -against-                  **ORDER SCHEDULING SETTLEMENT
                                                                STATUS CONFERENCE**

M.E.G. RESTAURANT ENTERPRISES LTD., et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, August 11, 2022 at 11:45 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

           SO ORDERED.

DATED:     New York, New York
                 July 30, 2022

                                                            */s/ Katharine H. Parker*
                                                           _____
                                                            KATHARINE H. PARKER
                                                           United States Magistrate Judge